29. Defendants have infringed on the mark the Brooks owns, and is harming Brooks in its business.

30. Defendants has caused confusion in the marketplace with its infringing activities and unfair business actions. Defendants fail to mention Brooks at all in association with the film, despite the fact that the Defendants had no rights to market or distribute the film.

31. Defendants contend to be the owners of the Mafietta movie which contain Brooks' trademark.

Signed Under the Pains and Penalty of Perjury

_____
Edwyna W. Brooks

Dated: March 12, 2019