**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EDWYNA W. BROOKS d/b/a EW BROOKS
BOOKS LLC,

                Plaintiff,              19 **CIVIL** 1944 (JSR)

        -against-                **JUDGMENT**

DAMON ANTHONY DASH and POPPINGTON
LLC d/b/a DAME DASH STUDIOS,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact and conclusion of Law dated April 13, 2020, final judgment is entered in favor of plaintiff Edwyna Brooks, and against both defendants, jointly and severally, in the amount of $300,000, plus post-judgment interest at the rate of 0.22% per annum accruing from the date hereof, see 28 U.S.C. § 1961, furthermore, defendants are permanently enjoined from marketing, advertising, promoting, distributing, selling, or copying the film without Brooks' consent; accordingly, the case is closed.

**Dated:** New York, New York
         April 15, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                        **Clerk of Court**
                          **BY:**
                                                        **Deputy Clerk**