```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
EDWYNA W. BROOKS d/b/a EW BROOKS         :
BOOKS LLC,                               :
                                         :
          Plaintiff,                     :
                                         :        19-cv-1944(JSR)
              -v-                        :
                                         :        ORDER
DAMON ANTHONY DASH and POPPINGTON LLC    :
d/b/a DAME DASH STUDIOS,                 :
                                         :
          Defendants.                    :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

On September 30, 2019, the Court ordered defendants Damon Dash and Poppington LLC to pay plaintiff Edwyna Brooks' counsel the sum of $2,410.75 within 10 days, reflecting the full cost of the video deposition of Dash on July 17, 2019 that Brooks' counsel had to bear. See ECF No. 49. Defendants failed to pay the amount within 10 days in violation of the Court's order and belatedly, on October 16, 2019, sought an extension, claiming they would not be able to pay at the moment because of financial hardship. On November 9, 2020, the Court was more than generous in extending the deadline for 6 months. See ECF No. 57.

Nevertheless, on April 22, 2020, defendants filed another letter, to be docketed, seeking additional 60 days to pay the amount due, citing hardship caused by the pandemic. Namely, defendants explain that they have lost nearly all of their working capital due to pandemic-related closures and stay-at-

home orders implemented in California since March 16, 2020. Plaintiff filed a letter opposing the request, to be docketed, explaining why, in plaintiff's view, defendants have the ability to pay.

Having carefully considered both sides' arguments, the Court concludes that, in light of the alleged difficulties under which defendants are laboring, one last extension will be granted until July 8, 2020, at 5:00 p.m. However, if the amount at issue is not paid by then, the Court may have to consider more coercive measures.

SO ORDERED.

Dated:    New York, NY

       April 24, 2019　　　　　　　　　JED S. RAKOFF, U.S.D.J.