```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------- x
EDWYNA W. BROOKS d/b/a EW BROOKS   :
BOOKS LLC,                         :
              Plaintiff,           :    19-cv-1944 (JSR)
                                   :
         -v-                       :
                                   :    ORDER
DAMON ANTHONY DASH and POPPINGTON LLC :
d/b/a DAME DASH STUDIOS,           :
                                   :
              Defendants.          x
--------------------------------------
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated in today's telephone conference, <u>see</u> transcript July 17, 2020, plaintiff's motion for a temporary restraining order, ECF no. 88, is denied.

The Clerk of the Court is directed to close the entry bearing docket number 88.

SO ORDERED.

Dated:   New York, NY
         July 17, 2020

                                        _____
                                        JED S. RAKOFF, U.S.D.J.