UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWYNA W. BROOKS D/B/A<br>EW BROOKS BOOKS LLC<br>　　　　Plaintiff<br>v.<br>DAMON ANTHONY DASH and<br>POPPINGTON LLC d/b/a DAMON<br>DASH STUDIOS<br>　　　　Defendants | ) Action No.<br>) 19-cv-1944-JSR<br>) AMENDED ORDER<br>) ORDER APPOINTING<br>) SPECIAL<br>) PROCESS SERVER<br>)<br>)<br>) |

　　　　Plaintiff has filed a motion requesting the appointment of a special process server to serve the writ of execution issued in this case on third parties in Albany, New York

　　　　IT IS HEREBY ORDERED:

　　　　1.　　On July 7, 2020 this Court entered an order appointing Superior Services JD Inc., and LA Process Servers as special process servers in this action. (Docket Entry 85).

　　　　2.　　Docket Entry 85, dated July 7, 2020 is hereby amended to include A. Plus Process Service, a process server that serves proves in central/upstate New York.

SO ORDERED

_(signature)_
Hon. Judge Jed Rakoff
United States District Court Judge

July 22 2020