```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
EDWYNA W. BROOKS d/b/a EW Brooks      :
Books, LLC,                           :
                                      :
     Plaintiff                        :
                                      :      19-cv-1944 (JSR)
        -v-                           :
                                      :
DAMON ANTHONY DASH and POPPINGTON     :      ORDER
LLC d/b/a DAMON DASH STUDIOS,         :
                                      :
     Defendants.                      :
-------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Plaintiff's counsel sent an email to the Court this morning saying he wished to move to hold the defendants in contempt for registering certain photographs in violation of the Court's injunction. See Dkt. Nos. 71 & 72. Plaintiff's counsel further explained that he had tried to convene a telephone conference with defense counsel and the Court and had been informed by defense counsel's office that defense counsel would not be available until December 16, 2020. While the Court's individual rules require counsel to make themselves available for a telephone conference within 24 hours, the Court will make an exception in this case, but defense counsel must make himself available for a conference call (to be set up by plaintiff's counsel) at 10:00 a.m. on December 16, 2020. If defense counsel fails to comply with this Order, the Court will go ahead and unilaterally set a briefing schedule for the proposed contempt motion.

1

SO ORDERED

Dated:    New York, NY

          December 14, 2020

_____
United States District Judge