UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWYNA W. BROOKS D/B/A ) <br> EW BROOKS BOOKS LLC ) <br>     Plaintiff ) <br> v. ) <br> ) <br> DAMON ANTHONY DASH and ) <br> POPPINGTON LLC d/b/a DAMON ) <br> DASH STUDIOS ) <br>     Defendants ) <br> ) | Action No. <br> 19-cv-1944-JSR |

## SO ORDERED STIPULATION TO DISSOLVE BOND AND SATISFY JUDGMENT

WHEREAS after a three-day bench trial in this action, Plaintiff Edwyna Brooks obtained a judgment ("Judgment") entered on April 15, 2020 as against Defendants Damon Anthony Dash and Poppington LLC, which granted her a permanent injunction and the sum of $300,000.00.

WHEREAS, while the Judgment was timely appealed, fully briefed and was awaiting an argument/decision to be rendered by the United States Court of Appeals, Second Circuit (the "Appeal"). on February 4, 2021, Defendants obtained a supersedeas bond in the sum of $300,000 (i.e, the full amount of the monetary Judgment in this action).

WHEREAS, Defendants thereafter made a formal motion to stay enforcement under Rule 62 of the Federal Rules of Procedure (ECF Doc. No. 110, *et seq.*), which Plaintiff has not opposed.

1

WHEREAS, the Clerk of the Court has approved the form of the supersedeas bond ("Bond"), Docket Entry 111 and 112.

WHEREAS, by this Court's Order, the motion to stay was granted and further enforcement of the Judgment was stayed pending the outcome of the Appeal and a mandate to be rendered by the Second Circuit on Appeal.

WHEREAS, the Appeal was disposed of by Summary Order affirming the Judgment, and a mandate was issued on July 29, 2021.

WHEREAS, the parties now hereby stipulate and agree to dissolve the bond and further agree that Two Hundred and Ninety Thousand Dollars ($290,000.00) from the Bond shall be released to Brooks via Brown & Rosen LLC upon the Court's execution of this Stipulation, with the remaining balance of the Bond ($10,000.00) to be turned over to Defendants' counsel, Turturro Law, P.C., upon the Court's execution of this Stipulation.

The parties further stipulate that upon disbursement of the funds, the parties agree to waive any further rights against the other as it concerns this action and agree to hold the other party, the surety and each party's representatives harmless for any claims related to the Bond and actions taken by Brooks in the enforcement of Judgment.

The parties further stipulate that upon receipt of the payment of the sum of Two Hundred and Ninety Thousand Dollars ($290,000.00) from the Bond to Plaintiff or her counsel, the judgment shall be deemed satisfied.

Dated: August 2, 2021

Brooklyn, NY

                              **EDWYNA W. BROOKS D/B/A EW BROOKS BOOKS LLC**
By Its Attorneys,

/s/ *Christopher Brown*

_____
Christopher Brown
CB3465
Brown & Rosen LLC
Attorneys At Law
100 State Street, Suite 900
Boston, MA 02109
617-728-9111 (T)
cbrown@brownrosen.com

**DAMON ANTHONY DASH POPPINGTON, LLC**
By Their Attorneys,

/s/Natraj S. Bhushan
Natraj Bhushan
NB2793
Turturro Law, P.C.
Attorneys At Law
1602 McDonald Avenue
Brooklyn, NY 11230
718-384-2323(T)
natraj@turturrolawpc.com

**SO ORDERED:**

_____
Hon. Jed Rakoff, U.S.D.J.
8-3-21

3